UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CRAIG A. SMITH, II,**

    **Plaintiff,**

v.                                               Case No: 5:21-cv-551-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER

On March 6, 2024, the Eleventh Circuit vacated the judgment in this case and remanded with instructions for this Court to remand the case to the Commissioner for further proceedings on Plaintiff's disability claim. (Doc. 25). The Eleventh Circuit's mandate issued on April 29, 2024. (Doc. 26)

Accordingly, this action is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter judgement accordingly and close the file.

**DONE** and **ORDERED** in Ocala, Florida on May 3, 2024.

 

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties